IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT BRKLJACH and<br>BETH McNEILL,<br><br>      Plaintiffs,<br><br>VS.<br><br>JOHN A. LOGAN COMMUNITY COLLEGE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CV NO. 04-4247-JPG<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  November 2, 2005**

                                               **NORBERT JAWORSKI, CLERK**

                                               **s/ Judith Prock**
                                               **Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
                **U. S. DISTRICT JUDGE**